## IN RE JENNIFER W. ET AL.

The respondent mother's petition for certification for appeal from the Appellate Court, 75 Conn. App. 485 (AC 22665), is denied.

*Eugene P. Falco*, in support of the petition.

*Susan T. Pearlman*, assistant attorney general, in opposition.

Decided April 24, 2003

## STATE OF CONNECTICUT *v.* BRYAN LINDO

*Glenn W. Falk*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 527 (AC 22977), is denied.